UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH WILDER,<br><br>Plaintiff,<br><br>v.<br><br>THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY d/b/a RIVERWALK VILLAGE, AMERICAN SENIOR COMMUNITIES LLC,<br><br>Defendants. | ) | No. 1:24-cv-00557-TWP-MKK |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by his complaint and this action is terminated.

Date: 9/30/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Carina Weed
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel